**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GERALD B. A.,

      Plaintiff,

v.                                                                                    No. 1:26-cv-01224-KRS

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

      Defendant.

**ORDER GRANTING MOTION FOR
LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. (Doc. 2). Having reviewed the Motion, the Court **FINDS** that Plaintiff's request is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, (Doc. 2), is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

**IT IS SO ORDERED** this 29th day of April, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE